UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CV-05-127-LRS |
| | ) | |
| vs. | ) | |
| | ) | |
| 3349 KINGSBURY LAKE WAY, KETTLE | ) | Decree of Forfeiture |
| FALLS, WASHINGTON, TOGETHER WITH | ) | |
| ALL APPURTENANCES, FIXTURES, | ) | |
| ATTACHMENTS, AND IMPROVEMENTS | ) | |
| THERETO AND THEREUPON, | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff, United States of America, filed a Verified
Complaint for Forfeiture In Rem on April 28, 2005, alleging that
the defendant property was subject to forfeiture to the United
States pursuant to 31 U.S.C. §5317(c)(2) and 18 U.S.C. §
981(a)(1)(A).

The above court has jurisdiction over this matter by virtue
of 28 U.S.C. §§ 1345 and 1355.  Venue is proper pursuant to 28
U.S.C. § 1395.

The defendant real property is located at 3349 Kingsbury
Lake Way, Kettle Falls, Washington, and is legally described in
the Verified Complaint for Forfeiture In Rem, filed herein.

Decree of Forfeiture - 1
~0103765.wpd

1    Real property records and a title report show that the
2  property is owned by Brian Burgess, a single man, Purchaser.

3    On July 7, 2005, Jason Mori filed a Claim to the Defendant
4  real property.

5    In a Stipulation for Decree of Forfeiture, filed on August 5,
6  2005, Claimant Jason Mori agreed to provide $65,000.00 substitute
7  res to the United States in lieu of forfeiture of the Defendant
8  real property.  Jason Mori also agreed in said Stipulation for
9  Decree of Forfeiture to the entry of a decree of forfeiture
10 forfeiting the substitute res in the amount of $65,000.00 to the
11 United States of America, without further notice or hearing.

12   On August 5, 2005, a Notice of Compliance was filed, which
13 indicates that on or about July 27, 2005, Jason Mori provided a
14 $65,000.00 check for the substitute res to the U.S. Marshal's
15 Service.

16   It appearing to the Court that the United States and Claimant
17 Jason Mori agreed, in the stipulation filed herein, to the
18 forfeiture of $65,000.00 in lieu of forfeiture of the Defendant
19 real property;

20   It appearing to the Court that Jason Mori has provided the
21 $65,000.00 substitute res in accordance with the Stipulation for
22 Decree of Forfeiture;

23   IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED, that the
24 $65,000.00 is hereby forfeited to the United States;

25

26

27

28

Decree of Forfeiture - 2
~0103765.wpd

1     IT IS FURTHER ORDERED that the United States Marshals Service

2  shall dispose of the $65,000.00 in accordance with law.

3          DATED this 15th day of August, 2005.

4

5                      *s/Lonny R. Suko*

6                      Lonny R. Suko
                      United States District Judge

7  Presented by:

8  James A. McDevitt
    United States Attorney

9

   s/Jane Kirk

10

11  Jane Kirk
    Assistant United States Attorney

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Decree of Forfeiture - 3
~0103765.wpd